KENYON, Respondent, v. BOWES, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Charles Kenyon against Edward J. Bowes. G. B. Rosenheim, of New York City, for appellant.

I. M. Dittenhoefer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.